# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:17-CV-839 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| AMBER FLORIO, ET AL. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 29, 2018, the report of the Magistrate Judge (Dkt. #46) was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Entry of Default (Dkt. #42) be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Entry of Default (Dkt. #42) is **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 28th day of February, 2018.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE