UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

CRAIG CUNNINGHAM,

       Plaintiff,

v.

AMBER FLORIO, LAW OFFICES OF AMBER
FLORIO, PLLC, GLOBAL CLIENT
SOLUTIONS, LLC, COMMONWEALTH
SERVICING GROUP, LLC, MONMOUTH
MARKETING GROUP, LLC, TOM MORAN,
DMB FINANCIAL, LLC, HAL BROWDER,
MATTHEW GUTHRIE,

       Defendants.

_____/

CASE NO.: 4:17-cv-00839-ALM-CAN

Hon. Amos L. Mazzant, III

Hon. Christine A. Nowak

### STIPULATION OF DISMISSAL WITH PREJUDICE

       Plaintiff *pro se* Craig Cunningham and Defendant Global Client Solutions, LLC, by and

through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a), hereby

stipulate to the dismissal of Defendant Global Client Solutions, LLC from this action with

prejudice and with each party to bear its own attorneys' fees and costs.

Dated: March 15, 2018

Craig Cunningham
3000 Custer Road, Suite 270-206
Plano, Texas 75075
projectpalehorse@hushmail.com

*Plaintiff Pro Se*

Respectfully submitted,

*/s/ Roy Taub*
Richard W. Epstein (Lead Attorney)
(appearing *pro hac vice*)
Fla. Bar No. 229091
Jeffrey A. Backman (appearing *pro hac vice*)
Fla. Bar No. 662501
Roy Taub (appearing *pro hac vice*)
Fla. Bar No. 116263
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
954.491.1120 (Telephone)

954.343.6958 (Facsimile)
richard.epstein@gmlaw.com
jeffrey.backman@gmlaw.com
roy.taub@gmlaw.com

SHEEHY, WARE & PAPPAS, P.C.
Joseph A. Garnett
Texas Bar No. 07680600
Federal Bar No. 8307
909 Fannin Street
Suite 2500
Houston, Texas 77010
Phone:  713-951-1016
Fax:  713-951-1199
jgarnett@sheehyware.com

*Attorneys for Defendant*
*Global Client Solutions, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 15, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using CM/ECF which will serve copies to all counsel and parties of record registered to receive CM/ECF notification, and that it was served upon any other counsel and parties listed below by e-mail and U.S. first class mail.

### SERVICE LIST

Craig Cunningham
3000 Custer Road, Suite 270-206
Plano, TX 75075
projectpalehorse@hushmail.com

*Plaintiff Pro Se*

/s/ Roy Taub
ROY TAUB