# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | |
| v. § | Civil Action No. 4:17-CV-839 |
| § | (Judge Mazzant/Judge Nowak) |
| GLOBAL CLIENT SOLUTIONS, LLC, ET § | |
| AL. § | |

## ORDER OF DISMISSAL

Came on to be considered this day the Stipulation of Dismissal with Prejudice (Dkt. #65) filed in this cause by Plaintiff Craig Cunningham and Defendant Global Client Solutions, LLC. After considering the Stipulation of Dismissal with Prejudice, and the agreement of the Parties expressed therein, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff Craig Cunningham's claims against Defendant Global Client Solutions, LLC are hereby dismissed with prejudice.

**SIGNED this 19th day of March, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE