AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**FILED**
APR 11 2018
Clerk, U.S. District Court
Texas Eastern

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Monmouth Marketing Group, LLC__
                                                              __c/o Tom Kotan__
was received by me on *(date)* __1/4/18__ .

☒ I personally served the summons on the individual at *(place)* __163 Huntley Ave__
__Bayville NJ 08721__ on *(date)* __3/29/18__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __3/30/18__

_____
Server's signature

__Stephen Hepler / Process Server__
Printed name and title

__114 Greenwood loop RD Brick NJ 08724__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

Craig Cunningham )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 4:17-cv-839
Amber Florio )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)* Monmouth Marketing Group, LLC, c/o Tom Moran at
106 Apple Street, Red Bank, NJ 07724 or
163 Huntley Ave., Bayville, NJ 08721 or
2126 Sawmill Lane, Allenwood, NJ 08720 or
118 Megill Road Farmingdale, NJ 07727

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Craig Cunningham, 5543 Edmondson Pike, ste 248 Nashville, TN 37211, 615-348-1977

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/13/17

CLERK OF COURT

David A. O'Toole
*Signature of Clerk or Deputy Clerk*