UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,** Plaintiff,<br><br>v.<br><br>Amber Florio, et al<br><br>**Defendant** | §<br>§<br>§<br>§<br>§ Civil Case No. 4:17-cv-839<br>§<br>§<br>§<br>§ |

Plaintiff's Notice of Settlement

1. To the Honorable US District Court:

2. The parties have reached a resolution in the case and request a stay of 30 days of all deadlines in the case to finalize the signatures and agreements

*Craig Cunningham*
Plaintiff,

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

10/15/2018

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| CRAIG CUNNINGHAM, **Plaintiff,** <br><br> v. <br><br> Amber Florio, et al <br><br> **Defendant** | § § § § § § § § § § Civil Case No. 4:17-cv-839 |

### Plaintiff's Certificate of Service

I hereby certify that a true copy of the foregoing was mailed to the Defendant's attorney of record in this case on 10/15/2018.

*Craig Cunningham*
Plaintiff,

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

10/15/2018