FILED

NOV 26 2018

Clerk, U.S. District Court
Texas Eastern

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>**v.**<br><br>Amber Florio, et al<br><br>**Defendant** | §<br>§<br>§<br>§<br>§<br>§ **Civil Case No. 4:17-cv-00839**<br>§<br>§<br>§<br>§ |

### Joint Stipulation for Dismissal

1.  To the Honorable US District Court:

2.  The parties hereby move the court to dismiss the case with prejudice against all defendants with each party bearing their own costs.

3.  The parties agree that this court shall retain jurisdiction over the enforcement of the settlement between the parties to interpret and enforce the terms and conditions of the agreement in the event of a breach or any controversy or dispute regarding the settlement.

Craig Cunningham
Plaintiff,

5543 Edmondson Pike, ste 248 Nashville, TN 37211, 615-348-1977 11/15/2018

Agreed:

/s/Jason Augustine
Jason Augustine, lead counsel
870 S. Denton Tap Rd., Suite 290
Coppell, Texas 75019
Telephone:  972-393-4110
Jason@reeveaugustine.com
Counsel for Defendants

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>**v.**<br><br>Amber Florio, et al<br><br>**Defendant** | §<br>§<br>§<br>§<br>§    **Civil Case No. 4:17-CV-00839-**<br>**ALM-CAN**<br>§<br>§<br>§<br>§ |

## Certificate of Service

I hereby certify that a true copy of the foregoing was mailed to the defendants in this case via USPS First class mail to: Jason Augustine, Reeve Augustine, PLLC, 870 S. Denton Tap Road, ste 290, Coppell, Tx 75019.

Craig Cunningham
Plaintiff,

5543 Edmondson Pike, ste 248 Nashville, TN 37211, 615-348-1977 6/14/2018